**Order entered April 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00387-CV

### LAWRENCE DOUGHTY, Appellant

### V.

### BLTREJV3 DALLAS LLC & J.P. MORGAN CHASE & CO., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-02081**

## ORDER

By motion filed April 7, 2014, appellee JPMorgan Chase & Co. ("JPMC & Co.") moves to withdraw its April 3, 2014 notice of appearance. JPMC & Co. explains its notice of appearance "was filed as a matter of course" but upon further inquiry, it determined it is not a party to the order appellant has appealed. Because it will not be impacted by the outcome in this appeal, JPMC & Co. asserts no reason exists for it to appear or participate in this appeal.

The clerk's record has not yet been filed. However, the appealed order is on the district clerk's online record search and the parties to it are appellant and BLTREJV3 Dallas, LLC. Based on JPMC & Co.'s assertions and the order posted online, we **GRANT** the motion and **DIRECT** the Clerk of the Court to remove JPMC & Co. and Marcie L. Schout, Wm. Lance Lewis, and Gemma R. Galeoto of Quilling, Selander, Lownds, Winseltt & Moser, P.C. as JPMC & Co. from this appeal.

/s/    ELIZABETH LANG-MIERS
        JUSTICE